**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MELVIN SANDERS**                                                                                                       **PLAINTIFF**
**ADC #094683**

v.                                           Case No. 4:20-cv-00334-KGB

**LAFFETT WOODS, JR., Sheriff,**
**Jefferson County,** *et al.*                                                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 7). Plaintiff Melvin Sanders has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Sanders's complaint for failure to maintain a current mailing address with the Clerk as required by Local Rule 5.5.(c)(2) and failure to comply with Judge Volpe's April 3, 2020, Order (Dkt. Nos. 1; 3).

It is so ordered this the 26th day of January, 2021.

_____
Kristine G. Baker
United States District Judge